1

2

3

4

5

6

7

**FILED & ENTERED**

**JAN 06 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch      DEPUTY CLERK**

8          UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10          RIVERSIDE DIVISION

11

| | |
|---|---|
| In re: | Case No.: 6:14-bk-21437-WJ |
| ELLIOTT R. RODRIGUEZ, | CHAPTER 7 |
| Debtor. | **ORDER DENYING EMERGENCY MOTION TO CANCEL/POSTPONE SALE, VACATE FINAL JUDGMENT AND REQUEST AN EVIDENTIARY HEARING BASED UPON FRAUD ON THE COURT** |
| | Hearing: |
| | Date     January 6, 2015 |
| | Time:     1:00 p.m. |
| | Crtrm.:     304 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2      On January 6, 2015 at 1:00 p.m., the Court held a hearing regarding the motion of the

3   debtor, Elliott Rodriguez, entitled "Emergency Motion to Cancel/Postpone Sale, Vacate Final

4   Judgment and Request an Evidentiary Hearing Based Upon Fraud on the Court" ("Motion").  All

5   appearances were noted on the record.  For the reasons stated on the record, the Court denied the

6   Motion.

7      Accordingly, the Court hereby ORDERS as follows:

8      1.      The Motion is denied for the reasons stated on the record.

9   IT IS SO ORDERED.

10                                          ###

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   Date: January 6, 2015

Wayne Johnson

United States Bankruptcy Judge

28